Hon. Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ELIAS JOHNSON SAUCIER,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PACIFIC LUTHERAN UNIVERSITY, a Washington University, and FINANCIAL ASSISTANCE, INC., a Washington Corporation and Collection Agency, and WALES & WOEHLER, INC., P.S., a Washington Debt Collection Law Firm and Collection Agency, and JASON L. WOEHLER, a Washington Collection Attorney and Collection Agency,<br><br>　　　　Defendants. | NO. 2:16-cv-00547-RSL<br><br>STIPULATED MOTION/ORDER OF DISMISSAL |

## I. MOTION AND STIPULATION

Plaintiff, ELIAS JOHNSON SAUCIER, by and through his attorney of record, Robert Mitchell; and Defendant, PACIFIC LUTHERAN UNIVERSITY, by and through its attorney Eric Gilman of Gordon, Thomas, Honeywell; and FINANCIAL ASSISTANCE, INC., JASON WOEHLER, and WALES & WOEHLER, by and through their attorney, Jeffrey Hasson hereby stipulate and move the Court for an ORDER OF DISIMISSAL WITH PREJUDICE, and stipulate as follows:

STIPULATED MOTION/ORDER OF　　　　　　　1　　　　　　　Robert Mitchell, Attorney at Law
DISMISSAL　　　　　　　　　　　　　　　　　　　　　　　　　　700 W. Evergreen Blvd.
CASE NO. C16-547-RSL　　　　　　　　　　　　　　　　　　　Vancouver, WA  98660
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(360) 993-5000　　　Fax (888) 840-6003

1. Plaintiff and Defendants have fully settled all claims between them;

2. In consideration of such settlement, Plaintiff is dismissing all claims with prejudice and without costs to either party; and

3. No Defendant has asserted a counterclaim.

Presented by:

*S/Robert Mitchell*
ROBERT W. MITCHELL, WSBA No. 37444
700 W. Evergreen Blvd.
Vancouver, WA 98660
Telephone:   360-993-5000
Fax:         888-840-6003
Email:       bobmitchellaw@yahoo.com
*Counsel for Plaintiff, Elias Johnson Saucier*

Notice of Present Waived by:

*S/Jeffrey I. Hasson*
JEFFREY I. HASSON, WSBA No. 23741
Davenport & Hasson, LLP
Attorney at Law
12707 NE Halsey Street
Portland, OR 97230
Telephone:   503-255-5352
Fax:         503-255-6124
Email:       hasson@dhlaw.biz
*Counsel for Defendants, FAI and Wales & Woehler*

Notice of Present Waived by:

*S/ Eric D. Gilman*
Eric D. Gilman, WSBA No. 41680
PO Box 1157
Tacoma, WA 98401-1157
Phone: 253-620-6521
Email: egilman@gth-law.com, wmartin@gth-law.com, jholder@gth-law.com
*Counsel for Defendant, Pacific Lutheran University*

STIPULATED MOTION/ORDER OF DISMISSAL
CASE NO. C16-547-RSL

2

Robert Mitchell, Attorney at Law
700 W. Evergreen Blvd.
Vancouver, WA 98660
(360) 993-5000    Fax (888) 840-6003

## II. ORDER

Having reviewed the parties' stipulated motion, and having reviewed the Court file, it is HEREBY ORDERED ADJUDGED AND DECREED that:

1) Plaintiff's claims against Defendants are dismissed with prejudice and without an award of costs or fees to any party.
2) Defendants have not asserted any counterclaims against Plaintiff.
3) The case is dismissed with prejudice.
4) The Clerk of the Court is directed to close the file.

DATED this 14th day of February, 2017.

Ordered by:

_____
HONORABLE JUDGE ROBERT S. LASNIK

STIPULATED MOTION/ORDER OF DISMISSAL
CASE NO. C16-547-RSL

3

Robert Mitchell, Attorney at Law
700 W. Evergreen Blvd.
Vancouver, WA 98660
(360) 993-5000     Fax (888) 840-6003